**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Francisco CALDERON–
MENDIVIL, Defendant—
Appellant.**

No. 07–10527.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 23, 2008.

James R. Knapp, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Before: TASHIMA, SILVERMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Juan Francisco Calderon–Mendivil appeals from his 30–month sentence for conspiracy to harbor illegal aliens and harboring illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(A)(v)(I), and (a)(1)(B)(i). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Calderon–Mendivil contends that the district court clearly erred in applying a four-level upward adjustment, pursuant to U.S.S.G. § 2L1.1(b)(5)(B), for brandishing a firearm. He contends that the evidence did not support a finding that a firearm was used to intimidate the victims. We conclude that the district court did not clearly err. *See* U.S.S.G. § 1B1.1, cmt. n. 1(C).

Calderon–Mendivil also contends that the district court clearly erred by denying a two-level reduction, pursuant to U.S.S.G. § 3B1.2(b), for his minor role in the offense. We conclude that the district court did not clearly err in finding that Calderon–Mendivil failed to show he was substantially less culpable than other participants in the offense. *See United States v. Rodriguez–Cruz,* 255 F.3d 1054, 1059–60 (9th Cir.2001).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.